IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| CORELLE BRANDS, LLC (f/k/a World Kitchen, LLC), CORELLE BRANDS HOLDINGS, INC. (f/k/a WK Acquisition Holdings, Inc.), <br><br> Plaintiffs, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No.: 1:18-cv-08474 <br><br> Hon. Charles R. Norgle, Sr. |

### [~~PROPOSED~~] AGREED AMENDED CASE MANAGEMENT ORDER

This **16** day of **January** 2020, the Court having entered a Case Management Order on September 27, 2019 (the "CMO") (Dkt. No. 20), and the parties having met and conferred, and jointly stipulated and agreed to amend certain of the deadlines outlined in the CMO in order to facilitate the parties' ongoing efforts to work with a mediator to resolve this matter;

IT IS ORDERED that:

1. **Parties' Pre-Discovery Motions for Summary Judgment:** The parties shall file their motions for summary judgment on March 6, 2020, their oppositions to the motions on April 6, 2020, and their reply briefs in support of their motions on April 22, 2020. Opening and opposition briefs shall be limited to 25 pages. Reply briefs shall be limited to 12 pages.

2. **Confidentiality Order:** As provided in the CMO, the parties submitted to the Court a proposed form of order on October 4, 2019. The proposed Confidentiality Order has not yet been entered by the Court.

3. **Discovery:** Fact discovery is and shall remain open though and until May 29, 2020. All fact witness depositions must be completed by the close of fact discovery. If expert discovery is allowed, all discovery in this case shall be initiated such that it will be completed on or before July 24, 2020, according to the following schedule:

    a.    Close of Fact Discovery: May 29, 2020.

    b.    Affirmative Expert Reports (if any): June 12, 2020.

    c.    Rebuttal Expert Reports (if any): July 3, 2020.

    d.    Close of Expert Discovery (if any): July 24, 2020.

4. **Dispositive Motions:** Other than the summary judgment motion practice referenced above, all dispositive motions must be filed on or before August 14, 2020. The parties may agree on an alternative briefing scheduling.

5. **Trial:** This matter is scheduled for a five-day jury trial to begin on November 9, 2020.

6. *[handwritten]* FINAL PRETRIAL ORDER WITH JURY INSTRUCTIONS DUE 10-12-20 *[initialed CN]*

**IT IS SO ORDERED.**

Dated: _1-15-19_

_/s/ Charles Norgle_
UNITED STATES DISTRICT JUDGE

2

Dated: January 10, 2020

By: /s/David M. Kroeger

David M. Kroeger
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Tel: (312) 923-2861
Fax: (312) 527-0484
dkroeger@jenner.com

Robin L. Cohen (admitted *pro hac vice*)
Marc Ladd (admitted *pro hac vice*)
McKOOL SMITH PC
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York, 10001
Tel: (212) 402-9400
Fax: (212) 402-9444
rcohen@mckoolsmith.com
mladd@mckoolsmith.com

*Attorneys for Plaintiffs Corelle Brands, LLC and Corelle Brands Holdings, Inc.*

By: /s/Dena Economou

Dena Economou
Joseph J. Sarmiento
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
150 S. Wacker Drive, Suite 1700
Chicago, Illinois 60606
(312) 431-3700
deconomou@karballaw.com
jsarmiento@karballaw.com

*Attorneys for Defendant Twin City Fire Insurance Company*

3