IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORELLE BRANDS, LLC (f/k/a World Kitchen, LLC), CORELLE BRANDS HOLDINGS, INC. (f/k/a WK Acquisition Holdings, Inc.), <br><br> Plaintiffs, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No.: 1:18-cv-08474 <br><br> Hon. Charles R. Norgle, Sr. |

**JOINT STATUS REPORT**

Plaintiffs Corelle Brands, LLC (f/k/a World Kitchen, LLC) and Corelle Brands Holdings, Inc. (f/k/a WK Acquisition Holdings, Inc.) (collectively, "Plaintiffs") and Defendant Twin City Fire Insurance Company ("Twin City" or "Defendant" and, with Corelle, the "Parties"), through their respective counsel, respectfully submit the following Joint Status Report pursuant to Paragraph 5 of the United States District Court for the Northern District of Illinois' Third Amended General Order 20-0012, dated April 24, 2020.

**A.    Progress of Discovery**

Discovery is complete.

**B.    Status of Briefing on Any Unresolved Motions**

There are currently no unresolved motions.

**C.    Settlement Efforts**

The Parties mediated their dispute, have reached a settlement in principle, and are in the process of reducing that agreement to writing. The Parties anticipate having a fully-executed

settlement agreement before the end of May 2020, and will thereafter submit to the Court a stipulation of dismissal with prejudice in June 2020.

D.     **Agreed Proposed Schedule for the Next 45 Day**

The Parties do not believe a schedule will be needed for the next 45 days as they have reached a settlement in principle and anticipate dismissing the case within that time.

E.     **Agreed Proposed Revised Discovery and Dispositive Motion Schedule**

The Parties do not believe a revised discovery and dispositive motion schedule is necessary at this time.

F.     **Any Agreed Action the Court Can Take Without a Hearing**

The Parties do not believe any action by the Court is necessary at this time.

G.     **Necessity of a Telephonic Hearing**

The Parties do not believe a telephonic hearing is necessary.

Dated: May 18, 2020

By: s/David M. Kroeger

David M. Kroeger
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Tel: (312) 923-2861
Fax: (312) 527-0484
dkroeger@jenner.com

Robin L. Cohen (admitted *pro hac vice*)
Marc Ladd (admitted *pro hac vice*)
MCKOOL SMITH PC
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, New York, 10001
Tel: (212) 402-9400
Fax: (212) 402-9444
rcohen@mckoolsmith.com
mladd@mckoolsmith.com

*Attorneys for Plaintiffs Corelle Brands, LLC and Corelle Brands Holdings, Inc.*

By: s/Joseph J. Sarmiento

Dena Economou
Joseph J. Sarmiento
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
150 S. Wacker Drive, Suite 1700
Chicago, Illinois 60606
(312) 431-3700
deconomou@karballaw.com
jsarmiento@karballaw.com

*Attorneys for Defendant Twin City Fire Insurance Company*